# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137542(31)

RONALD MUNSTER,
      Plaintiff-Appellee,

v

CITY OF BATTLE CREEK,
      Defendant-Appellant,
and

SECOND INJURY FUND VOCATIONALLY
HANDICAPPED PROVISIONS,
      Defendant-Appellee.

SC: 137542
COA: 284666
WCAC: 06-000238

_____/

On order of the Court, the motion for reconsideration of this Court's January 9, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

_____
Clerk

d0420